UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATE ALISON S. ALGABRE,<br><br>                              Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA INC., and DOES 1-10 inclusive,<br><br>                              Defendants. | Case No.: 17-CV-2374 JLS (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 10) |

Presently before the Court is the parties' Joint Motion to Dismiss.  (ECF No. 10.)  The parties have reached a settlement and request the Court dismiss the case.  (*See id.* at 1.)  Good cause appearing, the Court **GRANTS** the parties' Joint Motion and **DISMISSES WITH PREJUDICE** this action in its entirety.  As stipulated by the parties, each party shall bear its own attorney's fees and costs.  (*Id.* at 2.)  The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated:  January 25, 2018

                                         Hon. Janis L. Sammartino
                                         United States District Judge